■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS P. WALSH, Appellant. [669 NYS2d 945] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Corso, J.), rendered June 28, 1995, convicting him of criminal trespass in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Thompson, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE M. WILLIAMS, Appellant. [669 NYS2d 944] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cirigliano, J.), rendered May 29, 1996, convicting him of criminal possession of a controlled substance in the fifth degree (two counts) and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed

The trial court did not improvidently exercise its discretion in denying the defendant's request for an adjournment (*see, People v Foy,* 32 NY2d 473; *People v Rodriguez,* 188 AD2d 494). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.